# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

Robert P. Young, Jr.,
Chief Justice

146997

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC: 146997
COA: 309961
Washtenaw CC: 10-002051-FH

LYNDON DALE ABERNATHY,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

p0911